# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

LOUIS J. GERKIN, JR.

VERSUS

GENERAL HEALTH SYSTEM
AND BATON ROUGE GENERAL
MEDICAL CENTER

CIVIL ACTION

23-266-SDD-EWD

## ORDER

**CONSIDERING** the *Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant, are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on <u>March 18, 2025</u>.

_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 82.